# DISTRICT COURT OF APPEAL OF FLORIDA
## SECOND DISTRICT

————————————————

ONLINE TRANSPORT INT'L, LLC, and TAYLOR SHIPPING SOLUTIONS, LLC.,

Appellants,

v.

RICHARD HOPPER, BRIDGET SMITH, and BRICK TRANSPORTATION, LLC.,

Appellees.

No. 2D23-1212

————————————————

February 16, 2024

Appeal pursuant to Fla. R. App. P. 9.130 from the Circuit Court Hillsborough County; Darren D. Farfante, Judge.

John H. Pelzer of Greenspoon Marder LLP, Fort Lauderdale, and Murray B. Silverstein and Brian R. Cummings of Greenspoon Marder LLP, Tampa, for Appellants.

Jerry L. Sessions, II, of The Sessions Law Firm, Jacksonville, and Scott C. DuPont of My DUI Guy, P.A., St. Augustine, for Appellees.

PER CURIAM.

   Affirmed.

NORTHCUTT, KELLY, and BLACK, JJ., Concur.

————————————————

Opinion subject to revision prior publication.